# United States District Court
# For The Western District of North Carolina
# Asheville Division

TRACI E. BYERS,

        Plaintiff,                      JUDGMENT IN A CIVIL CASE

vs.                                           1:11cv197

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/7/12 Order of Remand.

Signed: February 7, 2012

Frank G. Johns, Clerk
United States District Court