# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

### CIVIL CASE NO. 1:11cv197

| | |
|---|---|
| **TRACI E. BYERS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER** is before the Court on the Parties' Consent Motion for Entry of an Order Accepting the Parties' Settlement Agreement on Attorney's Fees. [Doc. 14].

The parties agree the appropriate award of attorney's fees is the amount of One Thousand Eight Hundred Thirty-Two Dollars and Ninety-One Cents ($1,832.32) in full satisfaction of any and all claims by the Plaintiff in this case pursuant to 28 U.S.C. §2412(d). The parties state in the Settlement Agreement that the Plaintiff has assigned the attorney's fees to Plaintiff's counsel. The Court therefore finds that the Commissioner shall pay this award of fees directly to Plaintiff's counsel provided it is shown that as of the

date of this Order, the Plaintiff does not owe any debt to the United States Government which is subject to offset. <u>Astrue v. Ratliff</u>, __ U.S. __, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010).

**IT IS, THEREFORE, ORDERED** that the Parties' Consent Motion for Entry of an Order Accepting the Parties' Settlement Agreement on Attorney's Fees. [Doc. 14] is hereby **GRANTED** and the Plaintiff is hereby awarded attorney's fees in the amount of One Thousand Eight Hundred Thirty-Two Dollars and Ninety-One Cents ($1,832.91) which sum is in full satisfaction of any and all claims by the Plaintiff in this case pursuant to 28 U.S.C. §2412(d).

**IT IS FURTHER ORDERED** that the Commissioner shall inform Plaintiff's counsel whether the Plaintiff owes a debt to the Government by which this fee award may be offset no later that thirty (30) days from entry of this Order.

**IT IS FURTHER ORDERED** that no additional Petition pursuant to 28 U.S.C. §2412(d) may be filed.

Signed: March 19, 2012

Martin Reidinger
United States District Judge